## File Hashes for IP Address 69.142.160.33

**ISP:** Comcast Cable
**Physical Location:** Hackettstown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/27/2013 09:54:29 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 12/02/2012 03:41:30 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 08/24/2012 04:14:19 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 08/24/2012 02:10:53 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 05/08/2012 10:58:30 | F19855F0AD75BE17B05755B41A121E972932B0A9 | Blonde Ambition |
| 05/08/2012 01:50:03 | A1029493C4819E82D7F8EB47ACAC8D7EB9E814A1 | Heaven Sent |
| 05/08/2012 01:46:47 | AC3911D3F8C9B999D93812751A30816B312E6F5A | Angel Seaside Romp |
| 04/15/2012 08:43:51 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy |
| 03/18/2012 02:26:28 | 0FA534118B681C0739E2615C8F34384CBDF981E3 | Carla Intimate |
| 03/15/2012 04:51:19 | EE0A02E5BFA31D3FFB98C4C9C1387756937100B3 | California Dreams |
| 03/15/2012 04:45:33 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |
| 03/10/2012 00:53:30 | 8F8684ECB57DDC4C87FCB0F5DCAC1C389953698B | Morning Fantasy |
| 03/10/2012 00:53:12 | C4ECA237B0325ADAD9CEACF45D0EEEB888E8E37D | The Masseuse |
| 03/08/2012 06:11:50 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT B

CNJ45