Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 69.142.160.33<br>                          Defendant. | Civil Action No. 3:13-cv-01159-FLW-LHG |

**CERTIFICATION OF RELATED CASES**

I, Patrick J. Cerillo, certify that the following cases are related:

| | Caption | Index Number | District Court | Judge/Magistrate Judge |
|---|---|---|---|---|
| 1. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 100.1.123.189 | 2:13-cv-971-WJM-MF | Newark | William J. Martini, D.J.<br>Mark Falk, M.J. |
| 2. | Malibu Media, LLC v. John Doe subscriber assigned IP address 108.35.11.132 | 2:13-cv-01104-ES-SCM | Newark | Esther Salas, D.J.<br>Steven C. Mannion, M.J |
| 3. | Malibu Media, LLC v. John Doe subscriber assigned IP address | 2:13-cv-00972-SDW-MCA | Newark | Susan D. Wigenton, D.J.<br>Madeline Cox Arleo, D.J. |

1

|     |                                                                                     |                        |         |                                                   |
| --- | ----------------------------------------------------------------------------------- | ---------------------- | ------- | ------------------------------------------------- |
|     | 173.54.255.28                                                                       |                        |         |                                                   |
| 4.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 173.63.211.55          | 2:13-cv-973-FSH-PS     | Newark  | Faith S. Hochberg, D.J. Patty Shwartz, M.J.       |
| 5.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 173.63.50.62           | 2:13-cv-01105-ES-SCM   | Newark  | Esther Salas, D.J. Steven C. Mannion, M.J.        |
| 6.  | Malibu Media, LLC v. John Doe subscriber assigned IP address 173.70.130.138         | 2:13-cv-01106-WHW-CLW  | Newark  | William H. Walls, D.J. Cathy L. Waldor, M.J.      |
| 7.  | Malibu Media, LLC v. John Doe subscriber assigned IP address 68.32.191.163          | 2:13-cv-01176-KM-MAH   | Newark  | Kevin McNulty, D.J. Michael A. Hammer, M.J.       |
| 8.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 69.142.2.132           | 2:13-cv-01178-FSH-PS   | Newark  | Faith S. Hochberg, D.J. Patty Shwartz, M.J.       |
| 9.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 74.102.30.34           | 2:13-cv-01179-FSH-PS   | Newark  | Faith S. Hochberg, D.J. Patty Shwartz, M.J.       |
| 10. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 74.105.20.169          | 2:13-cv-01180-KM-MAH   | Newark  | Kevin McNulty, D.J. Michael A. Hammer, M.J.       |
| 11. | Malibu Media, LLC v. John Doe subscriber assigned IP address 98.221.179.187         | 3:13-cv-01185-PGS-DEA  | Trenton | Peter G. Sheridan, D.J. Douglas E. Arpert, M.J.   |

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

Dated: March 7, 2013