UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MALIBU MEDIA, LLC | : | Civil Action No. 13-1159(FLW) |
| et al.     Plaintiff, | : | **ORDER OF DISMISSAL** |
|  | : |  |
| v. | : |  |
|  | : |  |
| JOHN DOE | : |  |
| *subscriber assigned IP address* | : |  |
| 69.142.160.33  et al. | : |  |
| Defendant. | : |  |

It having been reported to the Court that the above-captioned action has been settled in its entirety;

IT IS on this 19TH  day of August, 2013;

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice to the right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the first paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

                                                            s/Freda L. Wolfson
                                                            Freda L. Wolfson
                                                            United States District Judge